McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>      v.                              )<br>                                      )<br> IN RE MATTER OF SEIZURE,             )<br> WARRANT FOR CERTAIN FUNDS            )<br> _____)| SW-05-0069 KJM<br><br><br><br><br>UNSEALING ORDER |

　　　On March 15, 2005, the Court entered a sealing order on the affidavit and seizure warrant numbered: SW-05-0069 KJM.  The United States now requests that the affidavit and seizure warrant listed above be unsealed.

　　　IT IS SO ORDERED.

DATED:  July 29, 2005.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE