```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  COURTNEY J. LINN
    Assistant U.S. Attorneys
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
               IN THE UNITED STATES DISTRICT COURT
 7
              FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9
10
11  UNITED STATES OF AMERICA,    )
                                 )   SW-05-0069 KJM
12          Plaintiff,           )
                                 )
13      v.                       )
                                 )
14  IN RE MATTER OF SEIZURE,     )   UNSEALING ORDER
    WARRANT FOR CERTAIN FUNDS    )
15  _____)
16       On March 15, 2005, the Court entered a sealing order on the
17  affidavit and seizure warrant numbered: SW-05-0069 KJM.  The
18  United States now requests that the affidavit and seizure warrant
19  listed above be unsealed.
20       IT IS SO ORDERED.
21
22
23  DATED:  August 31, 2005.
24
25                              _____
26                              UNITED STATES MAGISTRATE JUDGE
27
28
```